**DOCKET NUMBERS:** CR 13-523 (NGG)

## CRIMINAL CAUSE FOR SENTENCING

Date Received By Docket Clerk:_____   Docket Clerk Initials:_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE:** MAY 1, 2014  **TIME IN COURT** ___ **HRS**   60 **MINS**
@ 11:00 AM.

**1. DEFENDANT:** JOSEPH PARISI

Present X   Not Present   Custody   Not Custody X

  **DEFENSE COUNSEL:** ALAN VINEGRAD
  FEDERAL DEFENDER:   CJA:   RETAINED: X

**2. DEFENDANT:**
Present   Not Present   Custody   Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:   CJA:   RETAINED:

**3. DEFENDANT:**
Present   Not Present   Custody   Not Custody

**DEFENSE COUNSEL:**
FEDERAL DEFENDER:   CJA:   RETAINED:


**A.U.S.A.:** YAEL EPSTEIN

**COURT REPORTER:** CHARLEANE HEADING
**INTERPRETER:**   **LANGUAGE:**

- ☐ Change of Plea Hearing (~Util-Plea Entered)   ☐ Revocation of Probation contested
- ☐   Arraignment                          ☐ Sentencing on a violation
- ☐   Bail Appeal                          ☐ Motion Hearing
- ☐   Violation                            ☐ Hearing
- ☐   Status Conference                    X Sentencing
- ☐   Bail Violation Hearing               ☐ Motion for sentence reduction
- ☐   Voir Dire Begun                      ☐ Oral Argument
- ☐   Voir Dire Held        Jury selection X   ☐ Jury trial
- ☐   Jury Trial Death Penalty  ☐  Sentence enhancement Phase        ☐   Bench Trial Begun

**Speedy Trial Start:   Speedy Trial Stop:   CODE TYPE: XT**

Do these minutes contain ruling(s) on motion(s)?   YES            NO   X

SENTENCING HELD; THE JUDGMENT WILL BE PREPARED AND FILED SHORTLY.